# ATTORNEY AFFIRMATION OF SERVICE

STATE OF NEW YORK :
                              SS.:
COUNTY OF NEW YORK :

I, Bradly G. Marks, an attorney at law admitted to practice before this Court, affirms as follows:

On September 16, 2022, I served true copies of Judge Lorna G. Schofield's Order dated September 15, 2022 [Dkt 5], in the case entitled *Lawrence Young v. Jason Jacques Inc. Index: #1:22-cv-07544-LGS* upon:

**Jason Jacques Inc.**
29 East 73rd Street, #1
New York, NY 10021

**Jason Jacques Gallery**
529 West 20th Street, FL 1
New York, NY 10011

by depositing a true copy of same enclosed in a postpaid properly addressed envelope in a post office or official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

And on September 16, 2022, we emailed a courtesy copy of the order and copy of the complaint to:

info@jasonjacques.com

jason@jasonjacques.com


DATED: __9/16/2022_____    _____
                                                                    Bradly G. Marks