UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
LAWRENCE YOUNG,
                              Plaintiff,          22 Civ. 7544 (LGS)

        -against-                              ORDER

JASON JACQUES, INC.,
                              Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated September 15, 2022, required the parties to file a proposed case management plan and joint letter by October 26, 2022.

WHEREAS, the initial pretrial conference is currently scheduled for November 2, 2022, at 4:10 p.m.

WHEREAS, the parties have not filed the required materials. It is hereby

**ORDERED** that, by **October 31**, at **noon**, the parties shall file the required materials.

Dated: October 27, 2022
New York, New York

                                                                           **LORNA G. SCHOFIELD**
                                                                       **UNITED STATES DISTRICT JUDGE**