# THE MARKS LAW FIRM, P.C.

October 31, 2022

**Filed via ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

     RE:    **Lawrence Young v. Jason Jacques, Inc.**
             Index:  1:22-cv-07544-LGS

Dear Judge Schofield,

    Plaintiff respectfully requests a thirty (30) day extension of the initial conference and corresponding deadlines from **November 2, 2022 to December 2, 2022**, pursuant to Your Honor's September 15, 2022 Order [Dkt 5].

    The reason for the request is that, as of today, we were contacted by Jason Jacques (owner of Jason Jacques, Inc.) for the first time, who informed us that he was just notified of the pending lawsuit and needed more time to investigate, retain counsel, and appear in this matter. Accordingly, Plaintiff consents to this extension, and submits this request on their behalf, but subject to the Court's approval. This is the second request of its kind and is being made on behalf of the Defendant.

    We thank the Court for its time and consideration on this matter.

                                                    Respectfully Submitted,

                                                    The Marks Law Firm, P.C.

                                              By: _____
                                                   Bradly G. Marks

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com