# THE MARKS LAW FIRM, P.C.

October 27, 2022

**Filed via ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square, Courtroom 1106
New York, New York 10007

> Application **GRANTED**. The conference is **ADJOURNED** to **December 15, 2022**, at **4:10 p.m.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code 558-3333. Plaintiff is directed to the Court's Individual Rules regarding the procedure for seeking a default judgment. In the event that Plaintiff is unable to contact Defendant in advance of this conference, Plaintiff shall file a letter by **December 10, 2022**, describing his efforts to provide actual notice to Defendant and attaching any supporting documentation regarding his efforts.
>
> Dated: October 31, 2022
> New York, New York
>
> LORNA G. SCHOFIELD
> UNITED STATES DISTRICT JUDGE

RE:   **Young v. Jason Jacques, Inc**
Index:  1:22-cv-07544-LGS

Dear Judge Schofield,

   Plaintiff respectfully request a 45 day extension of the telephonic initial conference and corresponding deadlines from **November 2, 2022 to December 17, 2022**.

   The reason for the request is that, to date, Defendant has not appeared, answered, moved, or otherwise contacted Plaintiff, despite Plaintiff's various attempts in contacting Defendants via telephone, email and by mail. During this period, Plaintiff will continue to make attempts to communicate with Defendant. If Defendant fails to answer or appear in this action, by December 17, 2022, our office will move for default. This is the first and last request of its kind.

   We thank the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
     Bradly G. Marks

---

155 E 55th Street, 6A New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com