# THE MARKS LAW FIRM, P.C.

January 11, 2023

> Application **GRANTED.** The conference scheduled for January 18, 2023, is **ADJOURNED** to **February 17, 2023**, at **4:10 P.M.** The conference will be telephonic and will take place on the following line: 888-363-4749; access code: 558-3333. No further requests shall be granted absent a showing of compelling circumstances. If Defendant fails to answer or appear by **February 10, 2023**, Plaintiff shall present a proposed Order to Show Cause and supporting paperwork pursuant to Attachment A to the Court's Individual Rules. Plaintiff shall serve this Order on Defendant via Federal Express and file proof of service on the docket by **January 17, 2023**. So Ordered.
>
> Dated: January 12, 2023
> New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

**Filed via ECF**
Hon. Lorna G. Schofield
United States District Judge
United States Courthouse
40 Foley Square, Courtroom
New York, New York 10007

RE:   **Lawrence Young v. Jason Jacques, Inc.**
         Index: 1:22-cv-07544-LGS

Dear Judge Schofield,

   Plaintiff respectfully request a thirty (30) day extension of the initial conference and corresponding deadlines from **January 18, 2023 to February 17, 2023**, pursuant to Your Honor's December 8, 2022 Order [Dkt. 13].

   The reason for the request is that, since our last email communications with Jason Jacques on December 8, 2022, our office has continued to follow up with Mr. Jacques who has had limited response during the holidays and Defendant has not appeared in this action. Our office had already initiated settlement discussions with Mr. Jacques and were discussing final terms (which included the monetary component). In light of the prior settlement discussions with Mr. Jacques, Plaintiff would prefer not to default the Defendant, but if Defendant fails to answer or appear by **February 17, 2023**, we will move for default judgment pursuant to Your Honor's Individual Rules and SDNY Local Rules. This is the fourth and final request of its kind for an extension. The prior three requests were granted.

   We thank the Court for its time and consideration on this matter.

Respectfully Submitted,

The Marks Law Firm, P.C.

By:_____
     Bradly G. Marks

155 E 55th Street, 4H, New York, New York 10022
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com