UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X

LAWRENCE YOUNG,

                Plaintiff,

    -against-

JASON JACQUES, INC.,

               Defendant.

---------------------------------------------------------X

*Civil Action No.*

1:22-cv-07544-LGS

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff, **LAWRENCE YOUNG** and Defendant, **JASON JACQUES, INC.,** hereby notify this Honorable Court that settlement has been reached in principle in the above-referenced case among the parties. The Parties are drafting the necessary documents and expect to finalize the agreement in the next few weeks. Accordingly, we respectfully request a thirty (30) day order be issued.

Dated: January 18, 2023

By: _____
Bradly G. Marks
The Marks Law Firm, PC
155 E 55th Street, Suite 4H
New York, NY 10022
T:(646) 770-3775