UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
LAWRENCE YOUNG,
                                 Plaintiff,    :    22 Civ. 7544 (LGS)

-against-    :    ORDER

JASON JACQUES, INC.,
                                 Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an Order issued January 12, 2023, directed Plaintiff to serve that Order on Defendant via Federal Express and file proof of service on ECF by January 17, 2023.

    WHEREAS, Plaintiff has not filed such proof of service. It is hereby

    **ORDERED** that Plaintiff shall serve the January 12, 2023, Order on Defendant via Federal Express as soon as possible and file proof of service on ECF no later than **January 20, 2023**.

Dated: January 18, 2023
       New York, New York

                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**